dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

MINNIE HARROUNE, Respondent, v. HARRY A. SOLOMON, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM J. HERRBOLD, Respondent, v. GENESEE PAPER MILLS, INCORPORATED, Appellant, and SCOTTSVILLE PAPER BOX BOARD CORPORATION and FLOWER CITY TISSUE MILLS, INCORPORATED, Respondents.— Judgment in favor of the Scottsville Paper Box Board Corporation against the Genesee Paper Mills, Incorporated, is reversed on the facts and a new trial granted, with costs to the appellant to abide the event on the ground that the verdict as between these defendants is contrary to the weight of the evidence. In all other respects the judgment is affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

In the Matter of Proving the Last Will and Testament of CHARLES A. SHOURDS, JR., Deceased.— Order affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

GEORGE H. SWEET, Respondent, v. GEORGE H. FRINK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Taylor, Sawyer and Edgcomb, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYLE HUSTED, Appellant.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

LEWIS SOUTER, Appellant, v. WILLIAM C. CARR, Respondent.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

ELIZABETH SOUTER, Appellant, v. WILLIAM C. CARR, Respondent.— Order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

JAMES CROWLEY, Appellant, v. ROCHESTER SWISS LAUNDRY COMPANY, Respondent.[*]— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the ground that negligence, freedom from contributory negligence and damages were questions of fact for the jury. All concur, except Edgcomb, J., who dissents and votes for affirmance on the ground that the infant was guilty of contributory negligence as a matter of law. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

MARY C. CROWLEY, an Infant, by JAMES CROWLEY, Her Guardian ad Litem, Appellant, v. ROCHESTER SWISS LAUNDRY COMPANY, Respondent.[*]— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the ground that negligence, freedom from contributory negligence and damages were questions of fact for the jury. All concur, except Edgcomb, J., who dissents and votes for affirmance on the ground that the plaintiff was guilty of contributory negligence as a matter of law. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

HANS P. DOMINE, Respondent, v. IRWIN S. WIEDRICK, Appellant.— Order so far as appealed from affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

AMOS F. WILSON, Respondent, v. PAUL LOMBARDO, Appellant, and Another, Defendant.— Judgment of Special Term and judgment of City Court reversed on

---

* Affd., 251 N. Y. —.

the law and facts and a new trial granted in the City Court, with costs in all courts to appellant to abide the event, upon the ground that there is no causal connection, under the facts of this case, between defendant Lombardo's negligence, if we assume he was negligent, and the injury; and the further ground that the finding of negligence is against the weight of the evidence and contrary to the evidence. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.